# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMONA GROVES,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**KAISER FOUNDATION HEALTH PLAN INC.,** *et al.*,<br><br>　　　　Defendant(s). | Case No.: 13-CV-2259 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On July 11, 2013, Defendants Kaiser Foundation Health Plan Inc. and Kaiser Permanente Retirement Plan filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 10).

On July 24, 2013, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED** as moot. The hearing set for August 27, 2013, is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 25, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**