**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAMONA GROVES,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**KAISER FOUNDATION HEALTH PLAN INC.,** *et al.***,**<br><br>　　　　**Defendant(s).** | Case No.: 13-CV-2259 YGR<br><br>**ORDER CONTINUING MOTION HEARING** |

The motion hearing on Defendants' motion to dismiss the First Amended Complaint of Plaintiff Ramona Groves is hereby **CONTINUED** from September 17, 2013, to **2:00 p.m. on October 15, 2013**, in Courtroom 5 of the Federal Courthouse, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: September 13, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**